452 A.2d 34

Herren, Appellants v. Bucher, et al.

Petition for Allowance of Appeal
Denied March 3, 1983.

Submitted June 22, 1981.  Lester H. Herren, appellant, in propria persona;  Shaubut C. Walz, for appellees.

Before PRICE, BECK and JOHNSON, JJ.

Affirmed.

452 A.2d 34

Hoffman, et ux., Appellants v. Dobson.

Argued April 13, 1982.  John Wesley Jordan, IV, for appellants;  Douglas E. Weinrich, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Affirmed.

HESTER, J., filed a memorandum dissenting statement.